Attorneys for Plaintiff, Nicholas Ligammari

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 07 2297 CRB<br><br>MDL NO. 1699<br>**District Judge: Charles R. Breyer** |
| Plaintiff Name(s), Nicholas Ligammari<br>　　　　　　　　　Plaintiffs,<br>　　　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, NICHOLAS LIGAMMARI, and Defendants, PFIZER, INC., et al. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: January 17, 2009

By: _____
Peter L. Kaufman
Attorneys for Plaintiff, Nicholas Ligammari

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2   DATED: August 6, 2009          GORDON & REES

3
                                          /s/
4                                  By:_____
                                       Stuart M. Gordon
5                                      Attorneys for Defendants

6

7

8   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9

10  Dated: AUG 1 7 2009
                                       _____
11                                     Hon. Charles R. Breyer
                                       United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**